# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ANNETTE WOOD,**

      **Plaintiff,**

v.                                                 Case No: 6:16-cv-241-Orl-28JBT

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court on the Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. No. 27) filed by Plaintiff. The assigned United States Magistrate Judge has submitted a Report (Doc. 28) recommending that the motion be granted. No party has filed an Objection to the Report.

After a *de novo* review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. No. 27) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $7,049.89 for attorney's fees and $417.72 for costs.

4. The Commissioner shall determine whether Plaintiff owes a debt to the government. If the United States Department of the Treasury determines that Plaintiff does not owe such a debt, the government will accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel.

**DONE** and **ORDERED** in Orlando, Florida, on May 11, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record